ACCEPTED
041400785CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/18/2015 4:04:32 PM
KEITH HOTTLE
CLERK

## COURT OF APPEALS NO. 04-14-00785-CV

### TRIAL COURT CASE NO. 2011 CI 15957

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/18/2015 4:04:32 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| | § | |
| MANUEL G. CASTRO | § | 45th JUDICIAL DISTRICT |
| AND | § | |
| MARY ANN CASTRO | § | BEXAR COUNTY, TEXAS |

### MOTION FOR WITHDRAWAL OF COUNSEL

This Motion for Withdrawal of Counsel is brought by JOSEPH P. APPELT, who is attorney of record for MANUEL G. CASTRO in the trial court. Joseph P. Appelt, requests the Court to grant him permission to withdraw as attorney for MANUEL G. CASTRO in this case. In support, Joseph P. Appelt shows:

Good cause exists for withdrawal of Joseph P. Appelt, as counsel for Petitioner, MANUEL G. CASTRO, due to a conflict arising between Attorney and Client which prevents effective representation.

A copy of this motion has been delivered to MANUEL G. CASTRO by CMRRR 7012 1010 0002 5767 6889 and regular mail; he is also hereby notified in writing of his right to object to this motion. The last known address of MANUEL G. CASTRO is 23302 Hickory Shadow, Elmendorf, Texas 78112

There are no settings or hearings pending in this matter.

A response to the Fourth Court of Appeals is due to their inquiry regarding Appellee's past due response brief.  Said response to the Fourth Court is due May 18, 2015.  Said response has been timely filed.

Oral argument has been requested by Appellant but has not yet been granted or denied.

An entry of an order granting this motion and discharging Movant as attorney of record for MANUEL G. CASTRO would not harm the other party.

### NOTICE TO CLIENT

You have the right to object to this motion. If you do not oppose Joseph P. Appelt's withdrawal as your attorney, you may notify Joseph P. Appelt in writing of your consent to this motion.

Joseph P. Appelt prays that Court enter an order discharging him as attorney of record for MANUEL G. CASTRO.

1

Respectfully Submitted,

Joseph P. Appelt, P.C.
5825 Callaghan Rd., Ste. 104
San Antonio, Texas 78228
210/375-1212 (Telephone)
210/375-1213 (Telecopier)

By:

     JOSEPH P. APPELT
     SBN: 00789809
     ATTORNEY FOR MANUEL G. CASTRO

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on May 18, 2015.

     JOSEPH P. APPELT
     Attorney for MANUEL G. CASTRO

Consented to this _____ day of May 2015:

_____

MANUEL G. CASTRO, Appellee

2

**NO. <u>2011 CI 15957</u>**

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **MANUEL G. CASTRO** | § | **45th JUDICIAL DISTRICT** |
| **AND** | § | |
| **MARY ANN CASTRO** | § | **BEXAR COUNTY, TEXAS** |

**<u>ORDER</u>**

On this _____ day of _____, 2015 came to be heard Movant's Motion For Withdrawal of Counsel. . The last known address of MANUEL G. CASTRO is 23302 Hickory Shadow, Elmendorf, Texas 78112. The Court, finding good cause, hereby ORDERS said Motion GRANTED.

Signed _____.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM ONLY:**

Joseph P. Appelt, P.C.
Attorney at Law
5825 Callaghan Rd., Ste. 104
San Antonio, Texas 78228
210/375-1212 (Telephone)
210/375-1213 (Telecopier)

By:_____
   JOSEPH P. APPELT
   Attorney for Petitioner
   State Bar No. 00789809

3